No. 84–780. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL. *v.* ROY ET AL. Appeal from D. C. M. D. Pa.

Motion of appellees for leave to proceed *in forma pauperis* granted.